

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2014

No. 04-13-00911-CR

Terry Larance **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10320
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to August 27, 2014. **NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.**

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court